```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 06-349 |
| v. | : | |
| | : | CIVIL ACTION |
| DERRICK STEPLIGHT | : | NO. 11-2433 |

### O R D E R

**AND NOW,** this **7th** day of **February, 2012,** for the reasons set forth in the Court's accompanying Memorandum, it is hereby **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 52) is **DENIED and DISMISSED with prejudice** and a Certificate of Appealability will not issue.

**AND IT IS SO ORDERED.**

                                              s/Eduardo C. Robreno
                                            **EDUARDO C. ROBRENO, J.**